## Commonwealth *v.* Boglin, Appellant.

Submitted September 17, 1974. *Richard Farber* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Edward M. Keating, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth *v.* Brandon, Appellant.

Submitted December 2, 1974. *Joseph W. Mullin,* for appellant; *Richard W. Linton,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.